IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROYAL DAVIS, GARY MARBUT, TOM HARSCH, and THERESA HARSCH, | CV 20–62–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| COREY STAPLETON, in his official capacity as Montana Secretary of State, | |
| Defendant. | |

Plaintiffs filed suit in this matter on August 11, 2020 and moved for a temporary restraining order and preliminary injunction that day (Doc. 3), seeking relief by August 20, 2020.

Accordingly, IT IS ORDERED that Defendant shall file a response on or before August 17, 2020.  Such response shall address the threshold question of this Court's jurisdiction over this matter, as well as any argument on the merits.

IT IS FURTHER ORDERED that Plaintiffs shall serve this Order upon Defendant.

-1-

DATED this 12th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court