Matthew G. Monforton  (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
E-mail:     matthewmonforton@yahoo.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| ROYAL DAVIS, GARY MARBUT, TOM HARSCH, TERESA HARSCH, <br><br> Plaintiffs, <br> v. <br><br> COREY STAPLETON, in his official capacity as Montana Secretary of State, <br><br> Defendant. <br><br> and <br><br> MONTANA DEMOCRATIC PARTY, a Montana domestic nonprofit corporation, RYAN FILZ, MADELINE NEUMEYER, and REBECCA WEED, individual electors, <br><br> Proposed Intervenor-Defendants. | Case No. CV 20-62-M-DLC <br><br> **PLAINTIFFS' WITHDRAWAL OF OBJECTION TO INTERVENTION BY THE MONTANA DEMOCRATIC PARTY** |

Proposed Intervenors notified Plaintiffs Royal Davis, Gary Marbut, Tom Harsch, and Teresa Harsch (hereinafter, "Green Candidates & Voters" or "Greens") yesterday that they intended to file a motion to intervene in this matter.

The Green Candidates and Voters believed the Proposed Intervenors lacked standing and therefore objected to the motion.

Proposed Intervenors filed their motion late in the afternoon yesterday. Docs 8 & 9. The Green Candidates and Voters have reviewed Intervenors' brief and have concluded that the authorities cited therein show the Montana Democratic Party (MDP) does, in fact, have standing. Doc. 9 at 24-26.[1]

In light of these authorities and the extremely tight deadline looming over this matter, the Green Candidates and Voters hereby withdraw their objection to intervention by the MDP.[2] The very limited time available to the Court and counsel should instead be devoted to analyzing the merits, which the Greens believe tip sharply in their favor.

The MDP asserts that it can respond by August 17, 2020, to the motion for a TRO and preliminary injunction. Doc. 9 at 9. The Green Candidates and Voters respectfully request an opportunity to submit a reply on August 18, 2020.

---

[1] The Greens' citations to documents filed in the Court utilize the page numbers assigned by the Court's ECF system.

[2] Plaintiffs do not concede that the three petition signers also named as potential intervenors have standing. But because at least one intervenor does, the point is moot. *Carey v. Population Services Int'l*, 431 U.S. 678, 682 (1977).

2

DATED: August 14, 2020        Respectfully submitted,

<u>/s/ Matthew G. Monforton</u>
Matthew G. Monforton
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 14th day of August, 2020, that a copy of the foregoing will be delivered this day via the Court's ECF system to:

Peter M. Meloy,
MELOY LAW FIRM
P.O. Box 1241
Helena, MT 59624
Mike@meloylawfirm.com

Matthew P. Gordon,
Kevin J. Hamilton,
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
MGordon@perkinscoie.com
KHamilton@perkinscoie.com
*Attorneys for Proposed Intervenor- Defendants*

I HEREBY CERTIFY this 14th day of August, 2020, that a copy of the foregoing will be delivered this day via electronic mail to:

Austin James
Chief Legal Counsel
Secretary of State's Office
P.O. Box 202801
Helena, MT 59620-2801
austin.james@mt.gov
*Counsel for Defendant Corey Stapleton*

DATED: August 14, 2020          Respectfully submitted,

/s/ Matthew G. Monforton
Matthew G. Monforton
Attorney for Plaintiffs

4