IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROYAL DAVIS, GARY MARBUT, TOM HARSCH, and THERESA HARSCH, <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>COREY STAPLETON, in his official capacity as Montana Secretary of State, <br><br>　　　　　　Defendant <br><br>And <br><br>MONTANA DEMOCRATIC PARTY, a Montana domestic nonprofit corporation, RYAN FILZ, MADELINE NEUMEYER, and REBECCA WEED, individual electors, <br><br>　　　　　　Intervenor-Defendants. | CV 20–62–H–DLC <br><br><br>ORDER |

　　　The Montana Democratic Party, Ryan Filz, Madeline Neumeyer, and Rebecca Weed move to intervene in this matter. (Doc. 8.) Plaintiffs have withdrawn their opposition to the motion. (Doc. 10.)

-1-

Accordingly, IT IS ORDERED that the motion to intervene (Doc. 8) is GRANTED. Intervenor-Defendants shall file a response to Plaintiffs' motion for a temporary restraining order on or before August 17, 2020.

IT IS FURTHER ORDERED that Plaintiffs may file an optional reply brief on or before August 18, 2020.

DATED this 14th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court