Matthew G. Monforton (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
E-mail:     matthewmonforton@yahoo.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| ROYAL DAVIS, GARY MARBUT, TOM HARSCH, TERESA HARSCH, | Case No. CV 20-62-H-DLC |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| COREY STAPLETON, in his official capacity as Montana Secretary of State, | **PRELIMINARY INJUNCTION APPEAL** |
| Defendant. | |
| and | |
| MONTANA DEMOCRATIC PARTY, *et al.*, | |
| Intervenor-Defendants. | |

TO THE CLERK AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE THAT Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order denying their Motion for a Temporary Restraining Order and Preliminary Injunction on August 19, 2020.

1

Plaintiffs' Representative Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

DATED: August 19, 2020          Respectfully submitted,

/s/ Matthew G. Monforton
Matthew G. Monforton
Attorney for Plaintiffs

## REPRESENTATION STATEMENT

*Counsel for Plaintiffs-Appellants:*
Matthew G. Monforton
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
Facsimile:   (406) 551-6919
matthewmonforton@yahoo.com

*Counsel for Defendant-Appellee Secretary of State Corey Stapleton*
Austin James
Chief Legal Counsel, Secretary of State's Office
P.O. Box 202801
Helena, MT 59620-2801
406-444-2034
Austin.James@mt.gov

*Counsel for Intervenor-Defendants:*
Peter M. Meloy
MELOY LAW FIRM
P.O. Box 1241
Helena, MT 59624
Telephone: 406.442.8670
Mike@meloylawfirm.com

Matthew P. Gordon,
Kevin J. Hamilton,
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
MGordon@perkinscoie.com
KHamilton@perkinscoie.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY this 19th day of August, 2020, that a copy of the foregoing will be delivered this day to all parties via the Court's ECF system.

DATED: August 19, 2020        Respectfully submitted,

                                                     /s/ Matthew G. Monforton
                                                     Matthew G. Monforton
                                                     Attorney for Plaintiffs