IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROYAL DAVIS, GARY MARBUT, TOM HARSCH, and THERESA HARSCH, <br><br> Plaintiffs, <br><br> vs. <br><br> COREY STAPLETON, in his official capacity as Montana Secretary of State, <br><br> Defendant <br><br> And <br><br> MONTANA DEMOCRATIC PARTY, a Montana domestic nonprofit corporation, RYAN FILZ, MADELINE NEUMEYER, and REBECCA WEED, individual electors, <br><br> Intervenor-Defendants. | CV 20–62–H–DLC <br><br> ORDER |

Plaintiffs have filed an emergency motion for injunction pending appeal. (Doc. 22.)

-1-

For the reasons given in this Court's order denying Plaintiffs' previous motion for a temporary restraining order or preliminary injunction, the motion is DENIED.

DATED this 20th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court