IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROYAL DAVIS, GARY MARBUT, TOM HARSCH, and THERESA HARSCH, | CV 20–62–H–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| COREY STAPLETON, in his official capacity as Montana Secretary of State, | |
| Defendant | |
| and | |
| MONTANA DEMOCRATIC PARTY, a Montana domestic nonprofit corporation, RYAN FILZ, MADELINE NEUMEYER, and REBECCA WEED, individual electors, | |
| Intervenor-Defendants. | |

Plaintiffs' have moved this Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for an order dismissing the case. (Doc. 31 at 1.) Defendants and Intervenor-Defendants do not object to this motion. (*Id.*)

-1-

Accordingly, IT IS ORDERED that Plaintiffs' Unopposed Motion for Voluntary Dismissal (Doc. 31) is GRANTED.

IT IS FURTHER ORDERED that this matter is DISMISSED with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own costs and fees.  The Clerk of Court is directed to close the case file.

DATED this 18th day of September, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court